HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

RETURN OF SERVICE

SHERIFF WRIT 26-3201-CP
UNITED STATES DISTRICT COURT
DOCKET NUMBER 2:26-CV-00148


APRES LLC V. LARK HOSPITALITY, LLC

05/21/2026


      I SUMMONED THE WITHIN NAMED LARK HOSPITALITY, LLC BY GIVING IN HAND TO
ABIGAIL BUCK, CORPORATE DOCUMENT PROCESSOR FOR THE WITHIN NAMED, BEING AT
221 MAIN ST #R NASHUA, NH, AN ATTESTED COPY OF THIS SUMMONS AT 01:35pm.


_____
      DEPUTY SHERIFF LEANDRO HIDALGO

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Vermont

| | |
|---|---|
| APRÈS LLC                          ) | |
|              *Plaintiff(s)*     ) | |
|            v.               ) | Civil Action No.  2:26-cv-00148 |
| LARK HOSPITALITY, LLC               ) | |
|              *Defendant(s)*    ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lark Hospitality, LLC
           c/o Registered Agents Inc.
           221 Maint Street, Suite R
           Nashua, NH, 03060, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron T. Morris
           Morris Kandinov LLP
           4915 Mountain Rd.
           Stowe, VT 05672

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*JEFFREY S. EATON*
*CLERK OF COURT*

Date:   5/15/2026                                            

*Signature of Clerk or Deputy Clerk*