**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| APRÈS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LARK HOSPITALITY, LLC<br><br>Defendant. | Case No. 26-cv-148-cr<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Après LLC, through its undersigned counsel and under Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice as to all claims, causes of action, and parties, with each party to bear its own attorneys' fees and costs.

Dated: November 16, 2026

*/s/ Jonathan R. Voegele*

**MORRIS KANDINOV LLP**
Jonathan R. Voegele
Aaron T. Morris
305 Broadway, 7th Floor
New York, NY 10007
(212) 431-7473
aaron@moka.law

*Counsel for Plaintiff Après LLC*